UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC SHORES PROPERTY, et al.,

    Plaintiff(s),

    v.

FEDERAL AVIATION ADMINISTRATION, et al.,

    Defendant(s).
_____/

No. C 13-2827 PJH

**ORDER SCHEDULING TELEPHONIC CASE MANAGEMENT CONFERENCE**

One or more of the parties has requested to appear telephonically at the Case Management Conference ("CMC") scheduled for **September 19, 2013 at 2:00 p.m**. The courtroom is not equipped for telephonic appearances, but the court will conduct a conference in chambers with **all** parties appearing telephonically before the regular CMC calendar. The conference will occur on **September 19, 2013 at 1:30 p.m.** The party/attorney requesting a telephonic appearance shall initiate the call to all parties and to the court at (510) 637-1291.

IT IS SO ORDERED.

Dated: September 13, 2013

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge