UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC SHORES PROPERTY, et al.,

    Plaintiff(s),

    v.

FEDERAL AVIATION ADMINISTRATION, et al.,

    Defendant(s).
_____/

No. C 13-2827 PJH

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

By order filed on September 13, 2013, and at the request of one of the parties, the court scheduled a telephonic case management conference for 1:30 p.m. before the regular 2:00 p.m. in-court calendar. The parties did not call in at the appointed time and, as a consequence, the case management conference was not held. By this order, the court reschedules the case management conference for October 31, 2013, at 2:00 p.m., in Courtroom 3, 3rd Floor, Federal Building, 1301 Clay Street, Oakland, California.

The parties need not submit another case management statement. This further conference will NOT be held telephonically, rather a personal appearance is required.

**SO ORDERED.**

Dated: September 19, 2013

                                      _____
                                      PHYLLIS J. HAMILTON
                                      United States District Judge