UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC SHORES PROPERTY
OWNERS ASSOCIATION, et al.,

    Petitioners/Plaintiffs,

    v.

FEDERAL AVIATION ADMINISTRATION,
et al.,

    Respondents/Defendants.

_____/

No. C 13-2827 PJH

**ORDER RE BRIEFING SCHEDULE;
ORDER RE HEARING DATE**

On October 10, 2013, respondent/defendant Federal Aviation Administration ("FAA") filed a motion to dismiss the claims asserted against it. The motion was noticed for hearing on November 20, 2013. Under the Civil Local Rules of this court, the opposition of petitioners/plaintiffs was due on October 24, 2013. See Civ. L.R. 7-3. However, no opposition was filed until October 31, 2013 – one day after the date the FAA's reply brief was due under the Local Rules. The court will allow the FAA one additional week to file a reply. The reply will be due no later than November 7, 2013.

Proposed intervenors have also noticed a motion for leave to intervene for November 20, 2013. The motion to intervene was filed on October 16, 2013, making the opposition due on October 30, 2013. Both respondents/defendants filed notices of no opposition by that date, but petitioners/plaintiffs again failed to comply with Local Rule 7-3. Accordingly, no opposition having yet been filed, the hearing date for the motion to

intervene is VACATED. The opposition shall be filed no later than November 6, 2013, and any reply shall be filed no later than November 13, 2013. The court will decide the motion on the papers.

The court cautions counsel for petitioners/plaintiffs that he is expected to comply with all court rules, including the Rules of Civil Procedure and the Civil Local Rules of this court.

**IT IS SO ORDERED.**

Dated: October 31, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge